# EXHIBIT 4

American Capital Shareholders Group: Loss Chart

| Name | Date | Buy (Sell) | Price | Total | Shares Held | Cost | Imputed Value | Loss (Gain) |
|---|---|---|---|---|---|---|---|---|
| Norman R. Kaufman | 2/26/2008 | 1000 | $36.58 | $36,580.00 | | | | |
| | 6/5/2008 | 800 | $31.99 | $25,588.00 | | | | |
| | | | | | 1800 | $62,168 | $7,488.00 | 54,680.00 |
| Susan G. Kaufman | 2/26/2008 | 1000 | $36.55 | $36,550.00 | | | | |
| | | | | | 1000 | $36,550.00 | $4,160.00 | $32,390.00 |
| Lonnie Sellers | 9/25/2008 | 1000 | $26.77 | $26,770.00 | | | | |
| | 9/26/2008 | 1000 | $25.65 | $25,650.00 | | | | |
| | 10/3/2008 | 1000 | $22.78 | $22,780.00 | | | | |
| | | | | | 3000 | $75,200.00 | $12,480.00 | $62,720.00 |
| David Ivester | | 1200 | $31.76 | $38,112.00 | | | | |
| | | 590 | $31.71 | $18,708.90 | | | | |
| | | 1274 | $31.72 | $40,411.28 | | | | |
| | | 3156 | $31.73 | $100,139.88 | | | | |
| | | 260 | $31.79 | $8,265.40 | | | | |
| | | 100 | $31.60 | $3,160.00 | | | | |
| | | | | | 6580 | $208,797.46 | $27,372.80 | $181,424.66 |
| TOTAL | | | | | | | | $331,214.66 |
| Total | | | | | | | | |

Avg. ACAS Close 11/10/08 - 2/6/09    $4.16