# EXHIBIT B

# American Capital, Ltd. Securities Litigation
CONSOLIDATED SCHEDULE OF TRANSACTIONS AND LOSSES

## Charles E. Mendinhall

| Date | Type | Shares | Price | (Cost)/Proceeds |
|---|---|---|---|---|
| 12/18/2007 | BUY | 500 | $33.180 | ($16,590.00) |
| 1/4/2008 | BUY | 500 | $31.350 | ($15,675.00) |
| 1/17/2008 | BUY | 500 | $29.500 | ($14,750.00) |
| 6/2/2008 | BUY | 500 | $31.910 | ($15,955.00) |
| 6/2/2008 | BUY | 2,500 | $31.910 | ($79,775.00) |
| 6/2/2008 | BUY | 1,624 | $31.860 | ($51,740.64) |
| 6/2/2008 | BUY | 376 | $31.860 | ($11,979.36) |
| 6/2/2008 | BUY | 400 | $31.780 | ($12,712.00) |
| 6/2/2008 | BUY | 100 | $31.780 | ($3,178.00) |
| 6/2/2008 | BUY | 500 | $31.780 | ($15,890.00) |
| 6/2/2008 | BUY | 500 | $31.320 | ($15,660.00) |
| 6/2/2008 | BUY | 500 | $31.250 | ($15,625.00) |
| 6/2/2008 | BUY | 500 | $31.370 | ($15,685.00) |
| 6/2/2008 | BUY | 500 | $31.140 | ($15,570.00) |
| 6/3/2008 | BUY | 250 | $31.010 | ($7,752.50) |
| 6/30/2008 | BUY | 500 | $23.860 | ($11,930.00) |
| 7/11/2008 | BUY | 500 | $20.490 | ($10,245.00) |
| 7/22/2008 | BUY | 246 | $20.490 | ($5,040.54) |
| 7/22/2008 | BUY | 254 | $20.490 | ($5,204.46) |
| 7/24/2008 | BUY | 500 | $22.750 | ($11,375.00) |
| 7/24/2008 | BUY | 500 | $22.570 | ($11,285.00) |
| 7/24/2008 | BUY | 500 | $21.968 | ($10,984.00) |
| 7/24/2008 | BUY | 500 | $21.970 | ($10,985.00) |
| 8/19/2008 | BUY | 1,000 | $21.340 | ($21,340.00) |
| 8/19/2008 | BUY | 1,400 | $21.260 | ($29,764.00) |
| HELD | | 15,650 | $4.188* | $65,542.20 |

Total Loss**:   ($371,148.30)

## Ron Miller

| Date | Type | Shares | Price | (Cost)/Proceeds |
|---|---|---|---|---|
| 3/11/2008 | BUY | 551 | $34.33 | ($18,915.83) |
| 3/11/2008 | BUY | 200 | $34.34 | ($6,868.00) |
| 3/11/2008 | BUY | 62 | $34.37 | ($2,130.94) |
| 3/11/2008 | BUY | 900 | $34.35 | ($30,915.00) |
| 3/11/2008 | BUY | 300 | $34.39 | ($10,317.00) |
| 3/11/2008 | BUY | 987 | $34.41 | ($33,962.67) |

| Date | Type | Shares | Price | (Cost)/Proceeds |
|---|---|---|---|---|
| 7/3/2008 | BUY | 600 | $23.11 | ($13,866.00) |
| 7/3/2008 | BUY | 3,730 | $23.12 | ($86,237.60) |
| 7/9/2008 | BUY | 4,650 | $23.15 | ($107,647.50) |
| HELD | | 11,980 | $4.188* | $50,172.24 |

Total Loss**: ($260,688.30)

## Joseph J. Saville

| Date | Type | Shares | Price | (Cost)/Proceeds |
|---|---|---|---|---|
| 9/10/2008 | BUY | 155 | $21.555 | ($3,341.03) |
| 10/13/2008 | BUY | 5,400 | $14.940 | ($80,676.00) |
| 10/13/2008 | BUY | 11,889 | $14.810 | ($176,076.09) |
| 10/13/2008 | BUY | 2,200 | $14.800 | ($32,560.00) |
| 10/13/2008 | BUY | 600 | $14.810 | ($8,886.00) |
| 10/13/2008 | BUY | 100 | $14.820 | ($1,482.00) |
| 10/13/2008 | BUY | 2,200 | $14.830 | ($32,626.00) |
| 10/14/2008 | SELL | 100 | $16.615 | $1,661.50 |
| 10/14/2008 | SELL | 1,400 | $16.610 | $23,254.00 |
| 10/14/2008 | SELL | 400 | $16.580 | $6,632.00 |
| 10/14/2008 | SELL | 100 | $16.560 | $1,656.00 |
| 10/14/2008 | SELL | 600 | $16.550 | $9,930.00 |
| 10/14/2008 | SELL | 500 | $16.530 | $8,265.00 |
| 10/14/2008 | SELL | 3,400 | $16.500 | $56,100.00 |
| 10/14/2008 | SELL | 200 | $16.510 | $3,302.00 |
| 10/14/2008 | SELL | 300 | $16.520 | $4,956.00 |
| HELD | | 15,544 | $4.188* | $65,098.27 |

Total Loss**: ($154,792.34)

**Group Total Loss:** ($786,628.94)

* 90-day post-Class Period average price
** LIFO and FIFO calculations yield identical losses