# EXHIBIT C

**DECLARATION OF CHARLES E. MENDINHALL IN SUPPORT OF THE MOTION OF THE AMERICAN CAPITAL INVESTOR GROUP TO BE APPOINTED LEAD PLAINTIFF AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

I, Charles E. Mendinhall, declare as follows:

1. I submit this declaration in support of the Motion Of The American Capital Investor Group To Be Appointed Lead Plaintiff And To Approve Proposed Lead Plaintiff's Choice Of Counsel filed pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by Section 101(b) of the Private Securities Litigation Reform Act of 1995 ("PSLRA").

2. I have a BS degree in finance and have worked in the mortgage business for the past 36 years. I reside in Stuart, Florida. I have been investing in the stock market for approximately 45 years and have managed my own portfolio during this period.

3. I have no interests antagonistic to those of the Class and do not believe I am subject to any unique defenses.

4. I understand that I am seeking to have my choice of counsel appointed Lead and Liaison Counsel on behalf of the Class of Plaintiffs. I am part of what I believe to be a small, cohesive, manageable group that, if appointed as Lead Plaintiff, will work together, and direct the activities of our counsel, Brower Piven, A Professional Corporation ("Brower Piven") and Izard Nobel LLP ("Izard Nobel") in the prosecution of this Action. I understand that to fulfill my fiduciary duties and obligations as Lead Plaintiff, I must fairly and adequately represent the Class by vigorously prosecuting this case on behalf of the Class.

5. I understand my responsibilities as Lead Plaintiff and will fulfill those responsibilities to the best of its ability. I further understand that as Lead Plaintiff, I will have responsibility for supervising my counsel and for making important litigation decisions. To that extent, I intend to oversee my counsel and monitor the progress of the litigation to discharge my duties to the Class. In

discharging those duties, I will, among other things, review pleadings and motions papers received from counsel; obtain periodic status reports on the progress of the litigation on developments in the action; potentially produce documents, answer interrogatories, and/or sit for a deposition; and have input into litigation decisions and strategies, and involvement in the final approval of any major litigation decisions, including whether or not to settle the litigation and, if so, for how much.

6. As a member of the American Capital Investor Group, I intend to work closely and cooperatively with the other members of the American Capital Investor Group to oversee the litigation in a manner intended to best vindicate the interests of all shareholders. On February 13, 2009, I, as a member of the American Capital Investor Group, communicated with the other members of the group, Joseph J. Saville and Ron Miller, during a conference call that lasted approximately 30 minutes. I feel strongly that as a small, cohesive group, our members can effectively and efficiently prosecute this action together. I intend to do so, and the other members of our group have expressed an intention to do so by, among other means, communicating, individually or as a group, with each other and with counsel, to the extent we determine necessary to fairly and adequately represent the interests of the Class.

7. I and each of the other members of the American Capital Investor Group have expressed an intention to regularly communicate with counsel and each other as we have done thus far, through the use of email, internet and telephone. We have agreed upon how we will make decisions and will endeavor to make all decisions unanimously. Based on communications to date, I do not foresee a circumstance where the members of our group will not be able to reach a mutually agreeable solution to any issue that might arise.

8. We have agreed that I will serve as the American Capital Investor Group spokesperson and liaison with counsel and the Court. Although I understand that emergencies rarely arise in the course of litigation of this nature that would not permit sufficient time for all members of our group to be consulted, particularly in light of modern technological means of communication, to

2

the extent such an emergency arises and all members of our group are unable to meet together in sufficient time to collectively make a decision, we have agreed that I will be responsible for making such decisions.

9. Additionally, I understand that members of our group, with Brower Piven and Izard Nobel, will communicate regularly—most often I expect by telephonic conference—to discuss the progress of the litigation and to approve litigation strategies recommended by our counsel. I anticipate those meetings will occur as often as necessary, depending on the activity in the case. I also anticipate some of those meetings may, as necessary, be without counsel attending in order for the group to discuss counsel's recommendations and performance amongst ourselves. I understand that litigation of this nature has active and inactive periods, and I will remain available as needed to fulfill my role as Lead Plaintiff.

10. I have selected my counsel Brower Piven and Izard Nobel to be Co-Lead Counsel for the Class based on their experience in securities litigation and other class action litigation and resources. I have had the opportunity to become familiar with Brower Piven's and Izard Nobel's firm biographies and am satisfied that the attorneys at Brower Piven and Izard Nobel working on this matter are highly experienced in the prosecution of class action securities cases and will vigorously and diligently prosecute this action at the direction of the American Capital Investor Group. I am further satisfied that these attorneys will keep me advised of the status of the action in order to assure that I may fulfill my duties as Lead Plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of February, 2009

Charles E. Mendinhall

DECLARATION OF RON MILLER IN SUPPORT OF THE MOTION OF THE AMERICAN CAPITAL INVESTOR GROUP TO BE APPOINTED LEAD PLAINTIFF AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL

I, Ron Miller, declare as follows:

1. I submit this declaration in support of the Motion Of The American Capital Investor Group To Be Appointed Lead Plaintiff And To Approve Proposed Lead Plaintiff's Choice Of Counsel filed pursuant to Section 21D (a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by Section 101(b) of the Private Securities Litigation Reform Act of 1995 ("PSLRA").

2. I have a degree in dentistry, and have worked as an endodontist for approximately 35 years. I reside in Gulf Port, Florida. I have been investing in the stock market for approximately 35 years and have managed my own portfolio during this period.

3. I have no interests antagonistic to those of the Class and do not believe I am subject to any unique defenses. I understand that the Plaintiff's Certification I have submitted is not a claim form and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party.

4. I understand that I am seeking to have my choice of counsel appointed Lead and Liaison Counsel on behalf of the Class of Plaintiffs. I am part of what I believe to be a small, cohesive, manageable group that, if appointed as Lead Plaintiff, will work together, and direct the activities of our counsel, Brower Piven, A Professional Corporation ("Brower Piven") and Izard Nobel LLP ("Izard Nobel") in the prosecution of this Action. I understand that to fulfill my fiduciary duties and obligations as Lead Plaintiff, I must fairly and adequately represent the Class by vigorously prosecuting this case on behalf of the Class.

5. I understand my responsibilities as Lead Plaintiff and will fulfill those responsibilities to the best of its ability. I further understand that as Lead Plaintiff, I will have responsibility for

supervising my counsel and for making important litigation decisions. To that extent, I intend to oversee my counsel and monitor the progress of the litigation to discharge my duties to the Class. In discharging those duties, I will, among other things, review pleadings and motions papers received from counsel; obtain periodic status reports on the progress of the litigation on developments in the action; potentially produce documents, answer interrogatories, and/or sit for a deposition; and have input into litigation decisions and strategies, and involvement in the final approval of any major litigation decisions, including whether or not to settle the litigation and, if so, for how much.

6. As a member of the American Capital Investor Group, I intend to work closely and cooperatively with the other members of the American Capital Investor Group to oversee the litigation in a manner intended to best vindicate the interests of all shareholders. On February 13, 2009, I, as a member of the American Capital Investor Group, communicated with the other members of the group, Charles E. Mendinhall and Joseph J. Saville, during a conference call that lasted approximately 30 minutes. I feel strongly that as a small, cohesive group, our members can effectively and efficiently prosecute this action together. I intend to do so, and the other members of our group have expressed an intention to do so by, among other means, communicating, individually or as a group, with each other and with counsel, to the extent we determine necessary to fairly and adequately represent the interests of the Class.

7. I and each of the other members of the American Capital Investor Group have expressed an intention to regularly communicate with counsel and each other as we have done thus far, through the use of email, internet and telephone. We have agreed upon how we will make decisions and will endeavor to make all decisions unanimously. Based on communications to date, I do not foresee a circumstance where the members of our group will not be able to reach a mutually agreeable solution to any issue that might arise.

8. We have agreed that Charles E. Mendinhall will serve as American Capital Investor Group's spokesman and liaison with counsel and the Court. Although I understand that emergencies

rarely arise in the course of litigation of this nature that would not permit sufficient time for all members of our group to be consulted, particularly in light of modern technological means of communication, to the extent such an emergency arises and all members of our group are unable to meet together in sufficient time to collectively make a decision, we have agreed that Charles E. Mendinhall will be responsible for making such decisions.

9. Additionally, I understand that members of our group, with Brower Piven and Izard Nobel, will communicate regularly—most often I expect by telephonic conference—to discuss the progress of the litigation and to approve litigation strategies recommended by our counsel. I anticipate those meetings will occur as often as necessary, depending on the activity in the case. I also anticipate some of those meetings may, as necessary, be without counsel attending in order for the group to discuss counsel's recommendations and performance amongst ourselves. I understand that litigation of this nature has active and inactive periods, and I will remain available as needed to fulfill my role as Lead Plaintiff.

10. I have selected my counsel Izard Nobel and Brower Piven to be Co-Lead Counsel for the Class based on their experience in securities litigation and other class action litigation and resources I have had the opportunity to become familiar with Brower Piven's and Izard Nobel's firm biographies and am satisfied that the attorneys at Brower Piven and Izard Nobel working on this matter are highly experienced in the prosecution of class action securities cases and will vigorously and diligently prosecute this action at the direction of the American Capital Investor Group. I am further satisfied that these attorneys will keep me advised of the status of the action in order to assure that I may fulfill my duties as Lead Plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of February, 2009

_____
Ron Miller

3

DECLARATION OF JOSEPH SAVILLE IN SUPPORT OF THE MOTION OF THE AMERICAN CAPITAL INVESTOR GROUP TO BE APPOINTED LEAD PLAINTIFF AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL

I, Joseph Saville, declare as follows:

1. I submit this declaration in support of the Motion Of The American Capital Investor Group To Be Appointed Lead Plaintiff And To Approve Proposed Lead Plaintiff's Choice Of Counsel filed pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by Section 101(b) of the Private Securities Litigation Reform Act of 1995 ("PSLRA").

2. I have worked in sales for approximately 30 years. I reside in West Milford, New Jersey. I have been investing in the stock market for approximately 30 years and have managed my own portfolio during this period.

3. I have no interests antagonistic to those of the Class and do not believe I am subject to any unique defenses. I understand that the Plaintiff's Certification I have submitted is not a claim form and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party.

4. I understand that I am seeking to have my choice of counsel appointed Lead and Liaison Counsel on behalf of the Class of Plaintiffs. I am part of what I believe to be a small, cohesive, manageable group that, if appointed as Lead Plaintiff, will work together, and direct the activities of our counsel, Brower Piven, A Professional Corporation ("Brower Piven") and Izard Nobel LLP ("Izard Nobel") in the prosecution of this Action. I understand that to fulfill my fiduciary duties and obligations as Lead Plaintiff, I must fairly and adequately represent the Class by vigorously prosecuting this case on behalf of the Class.

5. I understand my responsibilities as Lead Plaintiff and will fulfill those responsibilities to the best of its ability. I further understand that as Lead Plaintiff, I will have responsibility for

supervising my counsel and for making important litigation decisions. To that extent, I intend to oversee my counsel and monitor the progress of the litigation to discharge my duties to the Class. In discharging those duties, I will, among other things, review pleadings and motions papers received from counsel; obtain periodic status reports on the progress of the litigation on developments in the action; potentially produce documents, answer interrogatories, and/or sit for a deposition; and have input into litigation decisions and strategies, and involvement in the final approval of any major litigation decisions, including whether or not to settle the litigation and, if so, for how much.

6. As a member of the American Capital Investor Group, I intend to work closely and cooperatively with the other members of the American Capital Investor Group to oversee the litigation in a manner intended to best vindicate the interests of all shareholders. On February 13, 2009, I, as a member of the American Capital Investor Group, communicated with the other members of the group, Charles E. Mendinhall and Ron Miller, during a conference call that lasted approximately 30 minutes. I feel strongly that as a small, cohesive group, our members can effectively and efficiently prosecute this action together. I intend to do so, and the other members of our group have expressed an intention to do so, by, among other means, communicating, individually or as a group, with each other and with counsel, to the extent we determine necessary to fairly and adequately represent the interests of the Class.

7. I and each of the other members of the American Capital Investor Group have expressed an intention to regularly communicate with counsel and each other as we have done thus far, through the use of email, internet and telephone. We have agreed upon how we will make decisions and will endeavor to make all decisions unanimously. Based on communications to date, I do not foresee a circumstance where the members of our group will not be able to reach a mutually agreeable solution to any issue that might arise.

8. We have agreed that Charles E. Mendinhall will serve as the American Capital Investor Group spokesperson and liaison with counsel and the Court. Although I understand that

emergencies rarely arise in the course of litigation of this nature that would not permit sufficient time for all members of our group to be consulted, particularly in light of modern technological means of communication, to the extent such an emergency arises and all members of our group are unable to meet together in sufficient time to collectively make a decision, we have agreed that Charles E. Mendinhall will be responsible for making such decisions

9. Additionally, I understand that members of our group, with Brower Piven and Izard Nobel, will communicate regularly—most often I expect by telephonic conference—to discuss the progress of the litigation and to approve litigation strategies recommended by our counsel. I anticipate those meetings will occur as often as necessary, depending on the activity in the case. I also anticipate some of those meetings may, as necessary, be without counsel attending in order for the group to discuss counsel's recommendations and performance amongst ourselves. I understand that litigation of this nature has active and inactive periods, and I will remain available as needed to fulfill my role as Lead Plaintiff

10. I have selected my counsel Izard Nobel and Brower Piven to be Co-Lead Counsel for the Class based on their experience in securities litigation and other class action litigation and resources. I have had the opportunity to become familiar with Brower Piven's and Izard Nobel's firm biographies and am satisfied that the attorneys at Brower Piven and Izard Nobel working on this matter are highly experienced in the prosecution of class action securities cases and will vigorously and diligently prosecute this action at the direction of the American Capital Investor Group. I am further satisfied that these attorneys will keep me advised of the status of the action in order to assure that I may fulfill my duties as Lead Plaintiff

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of February, 2009

_Joseph Saville_ (signature)

3