## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

WARD KLUGMANN, et al.        \*

                              \*

    **Plaintiffs**              \*

                              \*

    **v.**                     \*       **Civil No. PJM 09-5**

                              \*

AMERICAN CAPITAL LTD., et al.    \*

                              \*

    **Defendants**           \*

                              \*

## ORDER

Upon consideration of the pending motions, it is for the reasons set forth in the accompanying Memorandum Opinion, this 12th day of August, 2009

**ORDERED**:

1.    The Motions to Consolidate filed by Plaintiff American Capital Shareholders Group (ACSG), Plaintiffs Margaret and Leonard Barbee, and Movant American Capital Investor Group (ACIG) [Paper Nos. 15, 16 and 18, respectively] are deemed **MOOT**;

2.    ACSG's Motion to Appoint Lead Plaintiff and Lead Plaintiff's Counsel [Paper No. 15] is **DENIED**;

3.    The Barbees' Motion to Appoint Lead Plaintiff and Lead Plaintiff's Counsel [Paper No. 16] is **DENIED**; and

4.    ACIG's Motion to Appoint Lead Plaintiff and Lead Plaintiff's Counsel [Paper No. 18] is **GRANTED**.

                            **/s/**

                          **PETER J. MESSITTE**

                **UNITED STATES DISTRICT JUDGE**